THE COURT said it had been repeatedly determined, and was now fully settled, that no person could be more interested than the parties themselves; therefore in the action of book debt, interest is no exception to a witness.——

STATE *against* STANLEY.

THIS was a binding over by a Justice of the Peace for passing a counterfeit *certificate.* ——The attorney for the state enquired into the facts and found the case insupportable and entered a *nolle prosequi.*——He however moved *the Court* that cost might be taxed against *Stanley;* on this ground, that *Stanley* occasioned the prosecution entirely by his improper and suspicious conduct at the time he was brought before the Justice; that he then refused to plead or give any account of the matter; which if he had done he might have evinced his innocence; Therefore by his refusal to disclose the truth and render an account of the matter, he ren-

dered the profecution neceffary and ought to be holden to pay the coft.——

*Pr. tot: Cur:* Where the ftate attorney enters a *nolle* it is to be intended there was no caufe of action; and it is more conclufive than an acquittal of the Grand Jury; therefore coft cannot be taxed.——

## THORP *againft* GRACEY.

A DEPOSITION was offered taken in Litchfield. The Juftice had certified, that the deponent now lives at Fort Edward in the ftate of New York, therefore the adverfe party not notified or prefent.——The admiffion objected to——And admitted *by the Court* . . . *Judge* ELLSWORTH *contra.*